**This order is SIGNED.**

**Dated: October 23, 2019**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

*slo*

*Order Prepared By:*
Laurie A. Cayton (USB #4557)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Washington Federal Bank Building
Salt Lake City, UT 84111
Telephone:    (801) 524-3031
Facsimile:    (801) 524-5628
Email: Laurie.Cayton@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re: | **Bankruptcy Case No. 19-27509 KRA** |
|---|---|
| **JASON LLOYD HOLT,** | (Chapter 13) |
| Debtor. | Judge Kevin R. Anderson |

**ORDER AUTHORIZING UNITED STATES TRUSTEE TO CONDUCT AN EXAMINATION OF DEBTOR, JASON LLOYD HOLT, PURSUANT TO RULE 2004 OF THE BANKRUPTCY RULES**

Upon the Court's consideration of the *Ex-Parte* Motion for Order Authorizing United States Trustee to Conduct an Examination of Debtor, Jason Lloyd Holt, Pursuant to Rule 2004 of the Bankruptcy Rules, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Trustee is authorized to conduct the examination of Debtor, pursuant to Rule 2004 of the Bankruptcy Rules, at the office of the United States Trustee, 405 South Main Street, Suite 300, Washington Federal Bank Building, Salt Lake City, UT 84111.  The examination shall be under oath administered by an attorney for the U.S. Trustee's Office and recorded by electronic recording device in lieu of obtaining a court reporter.  The recording of the examination shall only be transcribed upon request and payment for the transcription by the requesting party; and

IT IS FURTHER ORDERED that, unless otherwise stipulated in writing, the Debtor will receive not less than 14 days written notice of the examination; and

IT IS FURTHER ORDERED that the attendance and production of documents may be compelled pursuant to Fed. R. Bankr. P. 2004(c).

--------------------------------------END OF DOCUMENT--------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing **ORDER AUTHORIZING UNITED STATES TRUSTEE TO CONDUCT AN EXAMINATION OF DEBTOR, JASON LLOYD HOLT, PURSUANT TO RULE 2004 OF THE BANKRUPTCY RULES** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Laurie A. Cayton    laurie.cayton@usdoj.gov, james.gee@usdoj.gov, lindsey.huston@usdoj.gov, rinehart.peshell@usdoj.gov
- Lon Jenkins    ecfmail@ch13ut.org, lneebling@ch13ut.org
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Jason Lloyd Holt
15001 S. Eagle Crest Drive
Draper, UT 84020

/s/
Lindsey Huston