**This order is SIGNED.**

**Dated: October 30, 2019**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

*slo*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

In re:

JASON LLOYD HOLT,

                Debtor.

Bankruptcy Number: 19-27509

Chapter 13

Hon. Kevin R. Anderson

### ORDER OF DISMISSAL

The Debtor, Jason Lloyd Holt, failed to comply with the Court's Order Denying Fee Application in Installments requiring the filing fee be paid in full by October 24, 2019. *See Docket No. 5.* Outstanding filing fees are still due and owing to the Court. On October 23, 2019 the Court entered an Order Authorizing United States Trustee to Conduct an Examination of Debtor, Jason Lloyd Holt, Pursuant to Rule 2004 of the Bankruptcy Rules. *See Docket No. 13.* Based on the foregoing and for good cause appearing, **IT IS HEREBY ORDERED** that:

1. The above-captioned case is dismissed.

2.   The Court retains jurisdiction to permit the United States Trustee to complete its
investigation relative to the filing of this case. Therefore, to the extent that the United
States Trustee has scheduled an examination of the Debtor such examination shall go
forward despite dismissal of the case.

-----------------------------------END OF DOCUMENT-----------------------------------



## <u>DESIGNATION OF PARTIES TO RECEIVE NOTICE</u>

Service of the foregoing **ORDER OF DISMISSAL** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

- Laurie A. Cayton tr     laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov
- Lon Jenkins tr     ecfmail@ch13ut.org, lneebling@ch13ut.org
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Jason Lloyd Holt
15001 S Eagle Crest Drive
Draper, UT 84020