Laurie A. Cayton (USB #4557)
Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Washington Federal Bank Building
Salt Lake City, UT 84111
Telephone:    (801) 524-5734
Facsimile:    (801) 524-5628
Email: Laurie.Cayton@usdoj.gov
            Peter.J.Kuhn@usdoj.gov

Attorneys for Patrick S. Layng, United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re:<br><br>**JASON LLOYD HOLT,**<br><br>Debtor. | **Bankruptcy Case No. 19-27509 KRA**<br>(Chapter 13)<br>Judge Kevin R. Anderson |
|---|---|

### NOTICE OF EXAMINATION OF DEBTOR, JASON LLOYD HOLT, PURSUANT TO RULE 2004 OF THE BANKRUPTCY RULES

Notice is hereby given that the United States Trustee will conduct the examination of Debtor, Jason Lloyd Holt**,** on **Wednesday, December 11, 2019 at the hour of 10:00 a.m.**, at the office of the United States Trustee, 405 South Main Street, Suite 300, Washington Federal Bank Building, Salt Lake City, UT 84111.

DATED: November 5, 2019

                                       Respectfully Submitted,

                                         /s/
                                      Laurie A. Cayton
                                      Peter J. Kuhn
                                      Attorneys for Patrick S. Layng,
                                      United States Trustee

## CERTIFICATE OF MAILING

  I HEREBY CERTIFY that on November 5, 2019, I caused a true and correct copy of the foregoing **NOTICE OF EXAMINATION OF DEBTOR, JASON LLOYD HOLT, PURSUANT TO RULE 2004 OF THE BANKRUPTCY RULES** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, as noted below:

- Laurie A. Cayton laurie.cayton@usdoj.gov, james.gee@usdoj.gov, lindsey.huston@usdoj.gov, rinehart.peshell@usdoj.gov
- Lon Jenkins ecfmail@ch13ut.org, lneebling@ch13ut.org
- Peter J. Kuhn peter.j.kuhn@usdoj.gov, james.gee@usdoj.gov, lindsey.huston@usdoj.gov, rinehart.peshell@usdoj.gov
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

  Further, I certify that copies of the **NOTICE** were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Jason Lloyd Holt
15001 S. Eagle Crest Drive
Draper, UT 84020

                 /s/
                 Lindsey Huston